Kent Khtikian, Esq. (#99843)
Kimberly A. Hancock, Esq. (#205567)
Katzenbach and Khtikian
1714 Stockton Street, Suite 300
San Francisco, California 94133-2930
(415) 834-1778

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRICKLAYERS AND ALLIED CRAFTWORKERS ) Case No.: C 08-05367 JCS
LOCAL UNION NO. 3, AFL-CIO; )
TRUSTEES OF THE NORTHERN CALIFORNIA ) REQUEST TO CONTINUE
TILE INDUSTRY PENSION TRUST; TRUSTEES ) CASE MANAGEMENT
OF THE NORTHERN CALIFORNIA TILE ) CONFERENCE
INDUSTRY HEALTH AND WELFARE TRUST FUND;)
TRUSTEES OF THE NORTHERN CALIFORNIA ) Date: May 8, 2009
TILE INDUSTRY APPRENTICESHIP AND ) Time: 1:30 p.m.
TRAINING TRUST FUND; TILE INDUSTRY ) Dept.: Courtroom A
PROMOTION FUND OF NORTHERN CALIFORNIA, ) 17th Floor
INC., a not-for-profit California ) U.S. District
corporation; TILE EMPLOYERS CONTRACT ) Court
ADMINISTRATION FUND; TRUSTEES OF THE ) 450 Golden Gate
INTERNATIONAL UNION OF BRICKLAYERS AND ) Ave.
ALLIED CRAFTWORKERS PENSION FUND, ) San Francisco, CA
) Judge: The Honorable
    Plaintiffs, ) Joseph C. Spero
)
vs. )
)
BRIAN J. DEASON, as an individual and )
doing business as "Brian J. Deason" )
)
    Defendant. )
_____)

    Plaintiffs hereby respectfully request that this Court

continue the case management conference in this matter, currently

scheduled for May 8, 2009 at 1:30 p.m., until June 5, 2009 at

1:30 p.m.

    Plaintiffs make this request because this case has settled.

1  See Notice of Settlement filed May 5, 2009.  Plaintiffs are
2  waiting for payment from defendant Brian J. Deason to clear the
3  bank.  Plaintiffs expect to be able to dismiss this case by no
4  later than May 12, 2009.

5      In order to not waste the Court's time and resources,
6  plaintiffs respectfully request that the case management
7  conference be continued until June 5, 2009 before which date
8  plaintiffs expect to be able to dismiss this case.

9

10 Dated: May 6, 2009              KATZENBACH AND KHTIKIAN

11

12                         By:   /S/ Kimberly A. Hancock
                                Kimberly A. Hancock
13                              Attorneys for Plaintiffs

14

15

16            [PROPOSED] ORDER

17      Good cause appearing, it is hereby ORDERED that the Case
   Management Conference currently set for May 8, 2009 at 1:30 PM is
18 continued to June 5, 2009 at 1:30 PM in Courtroom A, 15th Floor.

19

20 Date:  May _6__ , 2009



21

22

23

24 The Honorable Joseph C. Spero
   UNITED STATES DISTRICT COURT JUDGE

25

26

27

28

1

2

3

4                        **PROOF OF SERVICE BY MAIL**

5        I am a resident of the County of San Francisco, California.

6   I am over the age of eighteen years and not a party to this

7   action.  My business address is Katzenbach & Khtikian, 1714

8   Stockton Street, Suite 300, San Francisco, California 94133.  On

9   May 6, 2009 I served a true copy of the foregoing document

10  described as:

11  **REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**

12  by placing a true copy thereof enclosed in a sealed envelope with

13  first class mail postage thereon fully prepaid in the United

14  States Mail at San Francisco, California, addressed as follows:

15  Stephen P. McGee, Esq.
    862 Sir Francis Drake Blvd., No. 274
16  San Anselmo, CA 94960
        Attorney for Brian J. Deason
17

18       I declare under penalty of perjury that the foregoing is

19  true and correct, and that this declaration was executed on May

20  6, 2009 in San Francisco, California.

21

22                                _____/s/Alex Brown_____

23                                    Alex Brown

24

25

26

27

28